UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **SILVESTER GONZALEZ,** | ) | Case No. EDCV 10-1491-ODW (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **F. GONZALEZ, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the Petition for a Writ of Habeas Corpus is denied.

Dated: August 24, 2011

_____
Otis D. Wright II
United States District Judge